# MEMORANDUM DECISIONS

**1**

### In the Matter of the Application of Herman SCHLAICH.

Court of Appeals of the District of Columbia. Submitted January 14, 1927. Decided March 7, 1927.

Patent Appeal No. 1913.

J. H. Milans and C. T. Milans, both of Washington, D. C., and E. Q. Moses, of New York City, for appellant.

T. A. Hostetler, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. Appeal from a decision of the Patent Office refusing certain claims of an application for patent covering capillary tubing, apparatus for making it, and the process. This tubing is used in fluid operated measuring instruments installed in automobiles and airplanes, and is said to eliminate, to a marked degree, the inaccuracies and inefficiencies hitherto common to such measuring instruments.

The Examiner, in a carefully prepared opinion, rejected the claims involved, because, in his view, the construction therein disclosed differed in degree only from the prior art. The Board of Examiners in Chief, on appeal, again considered the contentions of applicant and found against him, as did the Commissioner. Giving due consideration to the oral argument and brief on behalf of applicant, we are not convinced that the conclusion of the Patent Office is wrong. This is a highly technical subject-matter, with which the experts of the Patent Office are more familiar than we, and there is no such clear showing of error as would be required to warrant us in disturbing their finding. The decision therefore is affirmed.

Affirmed.

**2**

### In the Matter of the Application of Herman SCHLAICH.

Court of Appeals of the District of Columbia. Submitted January 14, 1927. Decided March 7, 1927.

Patent Appeal No. 1914.

J. H. Milans and C. T. Milans, both of Washington, D. C., and E. Q. Moses, of New York City, for appellant.

T. A. Hostetler, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. Appeal from a decision of the Patent Office, refusing to allow claims Nos. 20 to 24, inclusive, of appellant's application; claims Nos. 1 to 19 having been allowed.

This invention relates to an instrument for indicating temperatures in connection with internal combustion motors, and is closely related to the case just decided in Patent Appeal No. 1913. —— App. D. C. ——, 18 F. (2d) 1014. Here, as there, the Patent Office tribunals severally considered and rejected the claims involved. For the reasons set forth in our opinion in that case, we affirm the decision in this.

Affirmed.

**3**

### ALFRED S. AMER & COMPANY, Limited, Plaintiff in Error, v. Mrs. Evelyn Catherine Taylor, Wife of Dr. Alvin Alphonse Schamber, Defendant in Error.

Circuit Court of Appeals, Fifth Circuit. April 15, 1927.

No. 4874.

In Error to the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

Edward Rightor and Eugie V. Parham, both of New Orleans, La., for plaintiff in error.

Emile Godchaux and I. R. Saal, both of New Orleans, La., and Akin Brooke, of Meridian, Miss. (Milling, Godchaux, Saal & Milling, of New Orleans, La., on the brief), for defendant in error.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.